UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FLORENCE NEWTON MERLO, Successor Trustee of the HARRY A. MERLO TRUST,

    Plaintiffs,

v.

JON BRIAN BUSHLACH and AMY BUSHLACH,

    Defendants,

v.

WINDERMERE REAL ESTATE/EAST, INC.,

    Garnishee.

Case No. MC21-0038RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendants/judgment debtors, Jon Brian Bushlach and Amy Bushlach, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Windermere Real Estate/East, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiffs' counsel on March 17, 2021.

Dated this 18th day of March, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge